FILED
IN OPEN COURT
CLERK U.S. DISTRICT COURT
Newport News

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 4:15cr33 |
| | ) | |
| SPENCER COOK | ) | |

## STATEMENT OF FACTS

Comes now the United States and offers to the court that had the above-styled matter proceeded to trial the United States would have proven the following facts beyond a reasonable doubt.

1. Since March of 2015, the investigative team comprised of members of the U.S. Postal Inspection Service (USPIS), Homeland Security Investigations (HSI) and the James City County Police Department have been conducting an investigation related to the trafficking to and the distribution of Ethylone in the Eastern District of Virginia. This investigation began when law enforcement agents used a confidential informant to make controlled purchases of Ethylone and Cocaine from Eric Tucker.

2. On March 12, 2015, James City County Police executed a search warrant at 403 Stratford Rd, Apartment D, Williamsburg, VA related to the ongoing investigation of Eric Tucker and Natalie Velez-Dipp for distribution of MDMA ("Molly"). Once inside, the investigative team discovered approximately a kilogram of Ethylone and the wrappings of a parcel delivered by the Postal Service. Eric Tucker was located inside the apartment during the execution and was arrested on state charges. Tucker stated the bedroom where the aforementioned kilogram of Ethlyone was located belonged to Velez-Dipp, who also resided in the apartment but was not present during the execution of the search warrant on March 12.



CD
SC
EMH

Tucker admitted to providing Velez-Dipp with $5000 in cash the week prior to obtain a half pound of "Molly." Tucker believed the Ethylone was, in fact, "Molly." TUCKER told investigators that Velez-Dipp was the person who was able to contact a source of supply to obtain the drugs.

3. VELEZ-DIPP's computer was also seized from the residence pursuant to the state search warrant. Her cellular telephone was examined with her consent upon her arrest on state charges on March 18, 2015. Upon examination, both devices revealed additional evidence of VELEZ-DIPP's drug trafficking activities.

4. On the morning of June 3, 2015, Velez-Dipp was arrested at her mother's home in Lehigh Acres, Florida by HSI Fort Myers, U.S. USPIS Norfolk and Fort Myers, and the Lee County Sheriff's Office. Velez-Dipp was transported to the HSI Fort Myers office where she was interviewed post-Miranda. Velez-Dipp admitted to using the internet to purchase and distribute drugs. Velez-Dipp also admitted to using her cellular telephone to communicate with her source of supply for the drugs, as recently as a few weeks prior to her arrest. Velez-Dipp confirmed the source of supply's nickname was "Billy Madison". "Billy Madison" was identified as SPENCER COOK.

5. On July 16, 2015, COOK was arrested by federal agents. Following his arrest he was advised of his rights under *Miranda*. He waived his rights and agreed to speak with agents. During the conversation that followed, COOK admitted to distributing ethylone to several individuals to include Velez-Dipp. He further admitted that the kilogram of ethylone seized from Velez-Dipp was sent to her by COOK.

6. These events occurred in the Newport News Division of the Eastern District of Virginia and elsewhere. Ethylone is a Schedule I controlled substance.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

Eric M. Hurt
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
VA Bar # 35765

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, SPENCER COOK and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

SPENCER COOK

I am SPENCER COOK's attorney and I have carefully reviewed the above Statement of Facts with the defendant. To my knowledge, the decision to stipulate to these facts is an informed and voluntary one.

Chad Dorsk
Attorney for SPENCER COOK